NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAY 23 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-30226 |
| Plaintiff-Appellee, | D.C. No. 4:02-cr-00052-DLC-1 |
| v. | |
| VICTOR CHARLES FOURSTAR, Jr., | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, District Judge, Presiding

Submitted May 21, 2019[**]

Before: THOMAS, Chief Judge, FRIEDLAND and BENNETT, Circuit Judges.

Victor Charles Fourstar, Jr., appeals from the revocation of supervised release and the 10-month sentence and 39-month term of supervised release imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Fourstar's counsel has filed a brief stating that there are no grounds for relief,

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record. Fourstar has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief in this direct appeal.

Counsel's motion to withdraw is **GRANTED.** Fourstar's pro se motion to substitute counsel is **DENIED.** Fourstar's pro se motion to consolidate, to award costs and fees, and to certify constitutional challenges, is **DENIED.**

**AFFIRMED.**